EDMUND J. COURTNEY et al., Respondents, v CITY OF BUFFALO, Appellant. MARY E. LICKFIELD, Individually and as Administratrix of the Estate of JAMES C. LICKFIELD, Deceased, Respondent, v CITY OF BUFFALO, Appellant. ROBERT M. LUNGHINO, Respondent, v CITY OF BUFFALO, Appellant. HARVEY F. SUPPLE et al., Respondent, v CITY OF BUFFALO, Appellant. (Appeal No. 41.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.